## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## <u>BALTIMORE DIVISION</u>

| | |
|---|---|
| IN RE: )<br>)<br>JOHN WILLIAM MILLER, JR. )<br>)<br>  Debtor )<br>)<br>)<br>CAPITAL ONE AUTO FINANCE, )<br>A DIVISION OF CAPITAL ONE, N.A. )<br>)<br>  Movant )<br>)<br>vs. )<br>)<br>JOHN WILLIAM MILLER, JR. )<br>)<br>  Respondent(s) )<br>) | Case No.: 24-15079-MMH<br><br>Chapter 13 |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW,** Capital One Auto Finance, a division of Capital One, N.A. ("Movant"), complaining of John William Miller, Jr. ("Debtor") and files this Motion for Relief from Stay, and alleges as follows:

1. This United States Bankruptcy Court for the District of Maryland has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 362. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (G), and (O).

2. On June 17, 2024, Debtor filed a voluntary bankruptcy petition under Chapter 13 of Title 11 of the United States Code.

3. Movant holds a security interest in the vehicle of Debtor identified as a 2019 Subaru Impreza Sedan 4D i Premium Eye Sight AWD 2.0L H4 Auto, V.I.N # 4S3GKAD63K3608593 (the "Collateral"). Copies of Retail Installment Sale Contract and proof of the Notice of Security Interest are attached as Exhibits "A" and "B", respectively.

4. As of filing of the Motion, Debtor owes a contract balance to Movant of $13,866.76.

5. The monthly payments are $592.17, due on the 2nd day of each month.

6. Debtor is in default in payments post petition under the terms of the aforementioned Contract in the sum of $1,776.51, and the pre-petition arrears of $592.17 amount as of September 19, 2024. A copy of the Payment History is attached as Exhibit "D".

7. On information and belief, Debtor may not have the Collateral insured with full coverage insurance listing Movant as loss payee. Movant demands proof of and maintenance of full coverage insurance of the Collateral showing Movant as a loss payee.

8. Cause to lift the stay exists because Movant's interest in the Collateral is not adequately protected pursuant to 11 U.S.C. § 362(d)(1). Movant has not been provided proof of insurance and the value of Collateral continues to decline.

9. Cause to lift the stay exists under 11 U.S.C. § 362(d)(1) because Debtor has defaulted on payments owed to Movant and the collateral continues to depreciate in value.

10. Continuation of the automatic stay pursuant to 11 U.S.C. § 362(a) will work real and irreparable harm to Movant and may deprive Movant of the adequate protection to which it is entitled under 11 U.S.C. §§ 361 and/or 362.

11. Movant asks the Court to waive the 14-day stay under Rule 4001(a)(3) for any order granting relief from the automatic stay because the value of Collateral continues to depreciate.

12. Movant hereby consents to the continuation of the automatic stay until a hearing is held on the merits of this motion and hereby waives its right to a hearing within thirty (30) days of the date of this motion as provided by Section 362(e)(1) of the Bankruptcy Code.

WHEREFORE, Movant asks the Court to enter an order granting relief from the automatic stay imposed pursuant to 11 U.S.C. § 362 and waiving the 14-day stay of such order under Rule 4001(a)(3). In the event that the Court fails to terminate the automatic stay, Movant asks the Court to enter an order adequately protecting Movant's interest in the Collateral. Movant also asks that any order granted under this motion shall remain in effect in the event that this case is converted to another bankruptcy chapter. Movant asks for such other and further relief to which it is justly entitled.

Respectfully submitted:

*/s/ Michael J. Klima, Jr.*

MICHAEL J. KLIMA, JR. #25562
8028 Ritchie Highway, Ste. 300
Pasadena, MD 21122
(410) 768-2280
JKlima@KPDLawgroup.com
Attorney for Capital One Auto Finance,
a division of Capital One, N.A.

**CERTIFICATION OF SERVICE**

I hereby certify that on the 23rd day of September, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion for Relief from Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Brian A. Tucci , Chapter 13 Trustee
Alon Nager , Attorney for Debtor

I hereby further certify that on the 23rd day of September, 2024, a copy of the Motion for Relief from Automatic Stay was also mailed first class mail, postage prepaid to:

John William Miller, Jr.
2009 Coleridge Lane
Crownsville, MD 21032

Alon Nager
10015 Old Columbia Road , Ste B215
Columbia, MD 21046

Brian A. Tucci
P.O. Box 1110
Millersville, MD 21108
ECF@ch13balt.com

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael J. Klima, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL J. KLIMA, JR. #25562
　　　　　　　　　　　　　　　　　　　　　　　8028 Ritchie Highway, Ste. 300
　　　　　　　　　　　　　　　　　　　　　　　Pasadena, MD 21122
　　　　　　　　　　　　　　　　　　　　　　　(410) 768-2280
　　　　　　　　　　　　　　　　　　　　　　　JKlima@KPDLawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Capital One Auto Finance,
　　　　　　　　　　　　　　　　　　　　　　　a division of Capital One, N.A.