Entered: November 8th, 2024
Signed: November 8th, 2024

**SO ORDERED**



**MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br><br>JOHN WILLIAM MILLER, JR.<br><br>Debtor(s)<br><br>CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.<br><br>Movant<br><br>vs.<br><br>JOHN WILLIAM MILLER, JR.<br><br>Respondent(s) | Case No.: **24-15079-MMH**<br><br>Chapter 13 |

**CONSENT ORDER MODIFYING AUTOMATIC STAY**

Upon consideration of the Motion Seeking Relief from Automatic Stay and to Reclaim Property filed by Capital One Auto Finance, a Division of Capital One, N.A., the Movant, with regard to the Vehicle subject to its purchase money security interest, namely 2019 Subaru Impreza

Sedan 4D i Premium Eye Sight AWD 2.0L H4 Auto, V.I.N # 4S3GKAD63K3608593 (the "Vehicle"); and Movant and the Debtor(s) John William Miller, Jr. having agreed to the terms of this Consent Order; it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Automatic Stay be, and it hereby is, terminated to allow Movant to exercise and enforce its state law and contractual rights and remedies with regard to the above-described Vehicle; and it is further,

ORDERED, that Movant shall dispose of said Vehicle in a commercially reasonable manner and shall pay any surplus sale proceeds to the Debtor(s); and it is further

ORDERED, that Movant shall not exercise or enforce its state law and contractual rights and remedies with regard to the Vehicle if Debtor(s) does the following:

a. The amount of total post-petition that is currently due and owing to Movant is $1,775.68. The Debtor(s) shall cure the arrearages in six (6) months. Debtor(s) shall make five (5) payments in the amount of $295.94 and the last payment in the amount of $295.98. These payments are due on the 2nd day of every month beginning on November 2, 2024. Resume regular monthly contractual payments of $592.17, each to Movant, commencing November 2, 2024, and continuing on the 2nd day of each consecutive following month until the full amount owed under the contract for purchase of the Vehicle has been paid; and

b. Maintain a policy of comprehensive physical damage property insurance on the aforesaid Vehicle which protects Movant's interests therein and provides Movant with proof of the same within 30 days and within ten days of any subsequent request thereof.

AND IT IS FURTHER ORDERED, that if the Debtor(s) fail to make any of the payments described above in full and on time, or fail to provide Movant with proof of insurance or maintain

such insurance, as described in paragraph b above, then Movant may immediately exercise and enforce its state law and contractual rights and remedies with regard to the Vehicle without further proceedings in this Court after filing a notice of any such default and serving the same on the Debtor(s) and the Debtor(s) counsel, giving the Debtor(s) ten days from the date of such notice to cure such default (limited to two such notice),

AND IT IS FURTHER ORDERED, that if the Debtor(s) Chapter 13 case is dismissed or converted to Chapter 7, then Movant may immediately exercise and enforce its state law and contractual rights and remedies with regard to the Vehicle, without further proceedings in this Court, unless all defaults in payments are immediately and fully cured.

AND IT IS FURTHER ORDERED, that the Debtor(s) having waived the application of F.R.Bankr.P. 4001(a)(3), this Order shall be enforceable on the date of its entry.

The undersigned hereby agree to the terms of the foregoing Consent Order MODIFYING AUTOMATIC STAY.

Respectfully submitted,

/s/ Michael J. Klima, Jr.               /s/ Alon Nager
Michael J. Klima, Jr.                   Alon Nager
Klima, Peters & Daly, P.A.,             10015 Old Columbia Road, Ste B215
MID – ATLANTIC LAW GROUP                Columbia, MD 21046
8028 Ritchie Highway                    alon@nagerlaw.com
Suite 300                               Attorney for Debtor(s)
Pasadena, MD 21122
888-768-2280 x250
Fax: 410-553-9491
jklima@peroutkalaw.com

Attorney for Movant

    I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original Consent Order,

John William Miller, Jr.
2009 Coleridge Lane
Crownsville, MD 21032

Alon Nager
10015 Old Columbia Road , Ste B215
Columbia, MD 21046
alon@nagerlaw.com

Brian A. Tucci
Chapter 13 Trustee
P.O. Box 1110
Millersville, MD 21108
ECF@ch13balt.com

                                                        */s/ Michael J. Klima, Jr.* \_\_\_\_
                                                        Michael J. Klima, Jr.

**End of Order**