## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| | * | Case No. 24-15079-MMH |
| JOHN WILLIAM MILLER, JR | | |
| Debtor(s) | * | (Chapter 13) |
| * * * * * * | * | |
| | * | |
| Capital One Auto Finance, | | |
| a division of Capital One, N.A. | * | |
| Movant | | |
| | * | |
| v. | | |
| | * | |
| JOHN WILLIAM MILLER, JR | | |
| Respondent(s) | * | |
| * * * * * * * | * * * * * * | |

## NOTICE OF DEFAULT

     Capital One Auto Finance, a division of Capital One, N.A., Movant, by its attorney, Michael J. Klima, Jr., files its Notice of the Debtor's default in terms of the Consent Order Modifying Automatic Stay entered by this Court on November 8, 2024, as to one 2019 Subaru Impreza Sedan 4D i Premium Eye Sight AWD 2.0L H4 Auto, (VIN 4S3GKAD63K3608593). The Debtor has failed to pay Movant $1,446.38 due in payments to date pursuant to said Consent Order and as shown by the attached payment history.

    /s/Michael J. Klima, Jr.
Michael J. Klima, Jr. #25562
Klima, Peters & Daly, P.A.
8028 Ritchie Highway
Suite 300, Pasadena, MD 21122
(410)768-2280
JKlima@KPDLawgroup.com
Attorney for Movant

## **CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on August 21, 2025, a copy of the foregoing Notice of Default was mailed, by first class mail postage prepaid to:

John William Miller, Jr.
2009 Coleridge Lane
Crownsville, MD 21032

Alon Nager
10015 Old Columbia Road
Ste B215
Columbia, MD 21046
Email: alon@nagerlaw.com

Brian A. Tucci, Chapter 13 Trustee
P.O. Box 1110
Millersville, MD 21108
Email: ECF@ch13balt.com


                                                  /s/ Michael J. Klima, Jr.
                                                  Michael J. Klima, Jr.